No. 233. FREDERICK T. FLEITMANN *v.* HELVERING, COMMISSIONER OF INTERNAL REVENUE; and

Nos. 234 and 235. MARIE J. J. FLEITMANN ET AL. *v.* SAME. October 9, 1933. Petitions for writs of certiorari

to the Court of Appeals of the District of Columbia denied. *Mr. Donald Horne* for Frederick T. Fleitmann. *Mr. Frederick S. Winston* for Marie J. J. Fleitmann et al. *Solicitor General Biggs* and *Messrs. Sewall Key* and *Morton K. Rothschild* for respondent.